

# Colegio de Abogados de Puerto Rico

PO Box 9021900
San Juan, Puerto Rico 00902-1900
Tel. 721-3358 • Fax: 725-0330



9 de diciembre de 2003

Lcdo. Carlos A. Romero(7526)
3195 Ponce de León Blvd.
Suite 400
Coral Gables, FL  33134

Estimado compañero:

En respuesta a su comunicación recibida vía fax el 8 de diciembre de 2003, en relación al descuento como objetor para los años 2003 y 2004, a continuación le desglosamos los descuentos y el total a pagar.

| Cuota | Año | Seguro de Vida | Objetor | Total |
|-------|------|----------------|---------|---------|
| $200  | 2003 | -79.20         | -15.90  | $104.90 |
| $200  | 2004 | -79.20         | -15.92  | $104.88 |
|       |      |                | **TOTAL A PAGAR** | **$209.78** |

Cualquier duda al respecto, no dude en comunicarse nuevamente con nosotros.

Cordialmente,

José M. Montalvo Trías
Director Ejecutivo

snp



Carlos A. Romero                                               *Office – Ben Dues/PR*

**From:** Socorro Narváez [sistema@capr.org]
**Sent:** Thursday, December 01, 2005 9:02 AM
**To:** Carlos A. Romero
**Subject:** FACTURA CUOTA 2006
**Attachments:** image003.wmz; oledata.mso



| COL | | E PUERTO RICO |
| PO | | AN PR 00902-1900 |
| Tel. | | 209   Fax (787) 722-7062 |
| E-M | | |

# FACTURA
## CUOTA DE COLEGIACIÓN 2006

La Ley núm. 43 de 14 de mayo de 1932, creando el Colegio de Abogados y el Reglamento de esta Institución, dispone que la cuota de colegiación vence el 31 de enero del año que se factura.
(Artículo 8 de la Ley y Artículo 7 del Reglamento).

**7526**
**LCDO CARLOS A ROMERO**

*Wash CAP*
*3497*

**FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO**

✂==============================================================================

**NUM COLEGIADO: 7526**

**LCDO CARLOS A ROMERO**

|  |  |
|---|---|
| CUOTA AÑO 2006 | $200.00 |
| DESCUENTO OBJETOR | 13.08 |
| DESCUENTO SEGURO DE VIDA | $78.00 |
| **TOTAL** | **$108.92** |

**CANTIDAD REMITIDA**     $_____

<u>Unofficial translation of letter</u>

**Colegio de Abogados de Puerto Rico**
**[address and phone numbers]**

December 9, 2003

Attorney Carlos A. Romero (7526)
3195 Ponce de Leon Blvd.
Suite 400
Coral Gables, FL 33134

Dear colleague:

In response to your communication received by fax on December 8, 2003, in relation to the discount as objector for the years 2003 and 2004, we disclose the discounts and the total amount to pay as follows.

| Dues | Year | Life Insurance | Objector | Total |
|---|---|---|---|---|
| $200 | 2003 | -79.20 | -15.90 | $104.90 |
| $200 | 2004 | -79.20 | -15.92 | $104.88 |
| | | | **TOTAL DUE** | **$209.78** |

Any doubt as to any of this, do not hesitate to communicate with us again.

Sincerely yours,

/s/

Jose M. Montalvo Trias
Executive Director


snp

<u>Unofficial translation of Email from Colegio de Abogados de Puerto Rico to Carlos A. Romero, Jr.</u>

### Carlos A. Romero

| | |
|---|---|
| **From:** | Socorro Narvaez [sistema@capr.org] |
| **Sent:** | Thursday, December 01, 2005  9:02 a.m. |
| **To:** | Carlos A. Romero |
| **Subject:** | INVOICE FOR 2006 DUES |
| **Attachments:** | image003.wmz; oledata.mso |

[Colegio de Abogados de Puero Rico and emblem]

### INVOICE
### MEMBERSHIP DUES 2006

Law No. 43 of May 14, 1932, creating the Colegio de Abogados and the Regulation of this Institution provides that the membership dues become owing on January 31 for the year that is invoiced.
(Article 8 of the Law and Article 7 of the Regulation).

7526

**ATTORNEY CARLOS A ROMERO**

PLEASE RETURN THIS PART WITH YOUR PAYMENT

MEMBER NUMBER:    7526

ATTORNEY CARLOS A ROMERO

| | |
|---|---|
| ANNUAL DUES | $200.00 |
| DISCOUNT OBJECTOR | 13.08 |
| DISCOUNT LIFE INSURNACE | $78.00 |
| **TOTAL** | **$108.92** |
| **AMOUNT PAID** | $_____ |

# INFORME DE LA TESORERA 2008





**COLEGIO DE ABOGADOS DE PUERTO RICO**

**ASAMBLEA ANUAL 168**
Case 3:94-cv-02503-PBS   Document 133-2   Filed 01/29/09   Page 7 of 16



EXHIBIT "B"

COLEGIO DE ABOGADOS DE PUERTO RICO
Estados de Actividades y Cambios en Activos Netos
31 de diciembre de 2007 y 2006

|  | 2007 | 2006 |
|---|---:|---:|
| **Cambios en activos netos sin restricciones:** | | |
| **Ingresos y otros incrementos:** | | |
| Cuotas de colegiados, neto de descuentos | $ 2,609,553 | 2,477,811 |
| Venta de sellos forenses y notariales | 622,582 | 778,558 |
| Servicios al Fondo de Fianza Notarial (nota 5) | 179,196 | 176,199 |
| Alquiler de locales (nota 11) | 80,564 | 100,344 |
| Ingresos de asambleas | 130,553 | 173,968 |
| Intereses bancarios | 14,523 | 41,088 |
| Ingresos de inversiones | 121,133 | 95,472 |
| Cambio en ganancia/(pérdida) no realizada | 17,300 | (20,339) |
| Otros ingresos | 62,365 | 60,659 |
| Activos con restricciones temporales liberados para uso | 72,980 | 148,867 |
|  | 3,910,749 | 4,032,627 |
| **Gastos y otros incrementos:** | | |
| Compensaciones y beneficios marginales | 945,266 | 900,223 |
| Servicios profesionales | 175,857 | 131,023 |
| Seguro de vida colegiados (nota 12) | - | 996,197 |
| Montepío (nota 12) | 800,000 | - |
| Asamblea y otros servicios a colegiados | 413,154 | 383,276 |
| Compra y producción de publicaciones | 156,273 | 154,472 |
| Servicios administrativos | 351,672 | 495,548 |
| Reparaciones y mantenimiento | 97,791 | 80,116 |
| Servicios públicos | 153,352 | 137,955 |
| Materiales de oficina e imprenta | 65,337 | 73,567 |
| Organismos institucionales | 503,590 | 424,662 |
| Depreciación y amortización | 199,015 | 233,715 |
| Intereses | 24,862 | 23,445 |
| Uso de los activos con restricciones temporales liberados | 72,980 | 148,867 |
|  | 3,959,149 | 4,183,066 |
| Aumento/(disminución) en activos netos sin restricciones | (48,400) | (150,439) |

(Continuación)

Véase el informe de los auditores independientes y
   las notas que acompañan a los estados financieros.

COLEGIO DE ABOGADOS DE PUERTO RICO
Notas a los Estados Financieros
-10-

(12) <u>Seguro de Vida A Colegiados y "Montepío"</u>

Hasta el 31 diciembre de 2006 el Colegio le ofrecía a sus miembros el beneficio de seguro de vida a través de un contrato con una compañía de seguros. Efectivo el 1 de enero de 2007, el Colegio decidió proveer directamente ese servicio a sus colegiados y asumir el costo correspondiente. Para proveer dicho servicio a los colegiados se creó un fideicomiso conocido como "Montepío". Durante el 2007, el Colegio separó fondos para el "Montepío" por la cantidad de $800,000 como asignación inicial para proveer el servicio. Hasta el 31 de diciembre de 2007, la cantidad de $365,567 había sido desembolsada a los beneficiarios.

El Colegio entiende que no ha incurrido en un compromiso para proveer este servicio por lo que sus aportaciones son de carácter voluntario. En la medida en que haya fondos disponibles se estarán proveyendo beneficios bajo este programa.

Unofficial Translation

# REPORT OF THE TREASURY 2008

[DRAWING]

[EMBLEM OF COLEGIO]

COLEGIO DE ABOGADOS DE PUERTO RICO

ANNUAL ASSEMBLY 168

## COLEGIO DE ABOGADOS DE PUERTO RICO
### Statement of Activities and Changes of Net Assets
### December 31, 2006 and 2007

|  | 2007 | 2006 |
|---|---|---|
| Changes in net assets without restrictions: |  |  |
| Income and other increments: |  |  |
| Membership dues, net of discounts | $2,609,553 | $2,477,811 |
| Sale of forensic and notarial stamps | 622,582 | 778,558 |
| Services to the Notarial Bond Fund (note 5) | 179,196 | 176,199 |
| Rent of locales (note 11) | 80,564 | 100,344 |
| Income from assemblies | 130,553 | 173,968 |
| Bank interest | 14,523 | 41,088 |
| Investment income | 121,133 | 95,472 |
| Changes of unrealized gain/(loss) | 17,300 | (20,339) |
| Other income | 62,365 | 60,659 |
| Assets with temporary restrictions for permitted use | 72,980 | 148,867 |
|  | 3,910,749 | 4,032,627 |
|  |  |  |
| Expenses and other increments: |  |  |
| Compensation and marginal benefits | 945,266 | 900,223 |
| Professional services | 175,857 | 131,023 |
| Life insurance for members (note 12) | - | 996,197 |
| Montepio (note 12) | 800,000 | - |
| Assembly and other services to members | 413,154 | 383,276 |
| Purchase and publications | 156,273 | 154,472 |
| Administrative services | 351,672 | 495,548 |
| Repairs and maintenance | 97,791 | 80,116 |
| Public services | 153,352 | 137,955 |
| Materials for office and printing | 65,337 | 73,567 |
| Institutional organizations | 503,590 | 424,662 |
| Amortization and depreciation | 199,015 | 233,715 |
| Interest | 24,862 | 23,445 |
| Use of assets with temporary restrictions permitted for use | 72,980 | 148,867 |
|  | 3,959,149 | 4,183,066 |
|  |  |  |
| Increase/(decrease) in net assets without restrictions | (48,400) | (150,439) |

(Continuation)

See report of independent auditors and the notes that follow the financial statement

18

**COLEGIO DE ABOGADOS DE PUERTO RICO**
Notes to the financial statements
-10-

(12) <u>Life insurance for members and trust</u>

Until December 31, 2006, Colegio offered its members life insurance benefit through an insurance company. Effective January 1, 2007, Colegio decided to provide directly this service to its members and assume the corresponding costs. To provide said service to its members, Colegio created a trust known as "Montepio." During 2007, Colegio transferred funds to the "Montepio" in the amount of $800,000 as an initial assignment to provide this service. Through December 31, 2007, the amount of $365,567 was paid to the beneficiaries.

Colegio understands that it has not incurred an obligation to provide this service since its contributions are of a voluntary character. To the extent there are funds available, these benefits shall be provided under this program.

## COLEGIO DE ABOGADOS DE PUERTO RICO
### (PUERTO RICO BAR ASSOCIATION, CAPR)

### SPECIAL GENERAL MEMBERSHIP MEETING



### RESOLUTION NUMBER 1

### TO EXPRESS THE WILL OF THE MEMBERS OF THE CAPR TO RECEIVE SERVICES AND BENEFITS LIKE THOSE OFFERED BY MUTUAL AID SOCIETIES

**WHEREAS:** The CAPR was created pursuant to Law N° 43 enacted May 14, 1932, establishing compulsory affiliation for all lawyers and vesting authority upon the CAPR to establish an annual membership fee of $200.00 set in 1994, with the approval of the majority of the membership present at a general membership meeting.

**WHEREAS:** The CAPR has the power to protect its active members in professional practice, and, through the creation of mutual aid societies, insurance and special funds systems, or any other means, lend support to those who are forced to retirement due to physical disabilities or advanced age, and the heirs or beneficiaries of those who have died.

**WHEREAS:** The CAPR, exercising its powers since the decade of 1950 and until December 31st, 2006, has offered its members a life insurance program, financed with a portion of the annual membership fee.

**WHEREAS:** In November of 1994, Carlos A. Romero, Esq. presented a claim against the CAPR before the U. S. District Court in Puerto Rico. The claim challenged the life insurance program the CAPR offered its membership and requested, among others, the issuance of an order that would block the CAPR from charging him the portion of his membership dues corresponding to the life insurance program and that the CAPR be ordered

EXHIBIT

to reimburse him the totality of all monies collected from his dues to finance said program.

**WHEREAS:** On October 9th, 2002, more than seven years after the mentioned litigation began, and having gone through the interventions of the First Circuit Court of Appeals of the U. S. and the Puerto Rico Supreme Court; the U. S. District Court in Puerto Rico, through designated Judge Patti B. Sarris, ordered the CAPR to return to Mr. Romero the portion of his annual fee earmarked to financing the life insurance program during the specific years that he objected to participating in the mentioned program, and prohibited that in future the CAPR include that portion in Mr. Romero's dues.

**WHEREAS:** The order issued on October 9th, 2002, by the U. S. District Court for the District of Puerto Rico was notified to the CAPR's membership through the Treasurer's Reports for the years 2003 and 2004.

**WHEREAS:** On June 27th, 2006, attorneys Herbert W. Brown III, José L. Ubarri, and David W. Román presented to the U. S. District Court in Puerto Rico, on their own right and representing all members of the CAPR, a class action suit against the CAPR, challenging the life insurance program it offered its membership financed through a portion of the annual fee agreed by the General Membership Meeting. The plaintiffs requested a declaratory judgment, an injunction, and the imposition of compensation amounting to millions against the CAPR.

**WHEREAS:** The CAPR Board of Directors for 2004-2006, with the purpose of establishing an aid fund and to make its implementation viable, decided unanimously to end the life insurance program financed from a portion of the annual membership's dues set by the General Membership Meeting. The Board of Directors of the CAPR for 2006-2008 ratified that decision.

**WHEREAS:** As a consequence of the elimination of the life insurance program financed from a portion of the annual membership's dues, the CAPR, in fulfillment of its obligations and pursuant to its powers, established, effective January 1st, 2007, a mutual aid fund not financed with the annual membership's dues set by the General Membership Meeting.

**WHEREAS:** Since the establishment of the charitable fund to the present, the CAPR has aided heirs or beneficiaries of more than one-hundred (100) members who passed away.

**WHEREFORE:** **BE IT RESOLVED BY THE SPECIAL GENERAL MEMBERSHIP MEETING OF THE CAPR:**

*First:* Endorse the creation of a mutual aid fund financed from monies not originating from the annual membership fees set by the General Membership Meeting.

*Second:* Reject the class action suit presented at the U. S. District Court for the District of Puerto Rico by attorneys Herbert W. Brown III, José L. Ubarri, and David W. Román, on their own right and representing all members of the CAPR, as it does not represent the individual or collective sentiments of the General Meeting's membership.

*Third:* Translate this Resolution into English and send a copy to the First Circuit Court of Appeals in Boston.

**I CERTIFY:** That the above Resolution was ratified by the Special General Membership Meeting held on September 18th, 2008, at the San Juan Hotel, Carolina, Puerto Rico.

José Montalvo Trías
Executive Director



COLEGIO DE ABOG.    S DE PUERTO RICO
PO BOX 9021900, SAN JUAN PR 00902-1900
Tel. (787) 721-3358 ext. 209   Fax (787) 722-7062
www.capr.org
e-mail: sistema@capr.org

7526
LCDO CARLOS A ROMERO
3195 PONCE DE LEON BLVD
SUITE 400
CORAL GABLES FL  33134

**FACTURA**
**CUOTA DE COLEGIACIÓN 2007**

FAVOR DE DEVOLVER ESTA PARTE CON SU PAGO

---

Puede enviar por correo, vía fax o por correo electrónico esta autorización para descontar de su tarjeta de crédito VISA, MasterCard ó American Express

Número colegiado:

Nombre:

Tel:                    Fax:

Autorizo el cargo de $

Visa/Mastercard/AE #

Código de Seguridad #_____(últimos tres dígitos que aparecen en la parte posterior de su tarjeta de crédito)

Fecha de expiración: _____

Firma_____Fecha_____

NUM COLEGIADO: 7526

**LCDO CARLOS A ROMERO**

CUOTA AÑO 2007      $ 200.00

BALANCE ANTERIOR   $ 0.00

TOTAL               $ 200.00

**CANTIDAD REMITIDA**         $_____

\* Si va a efectuar el pago de la cuota y de la fianza notarial, favor de remitir pagos por separado.

EXHIBIT
"D"